IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISTA RECORDS, LLC, et al., | No. C 08-80159 (MISC) VRW |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| USENET.COM, INC., | |
| Defendant. _____/ | |
| BINARIES.NET, INC., NEWSFEEDS.COM, INC. NUTHINBUTNEWS.COM, INC., and PRONEWS.COM, INC., | |
| Non-Parties. _____/ | |

(The moving party is required to serve a copy of this notice, and file proof of service with the Court, on any party not appearing on the Notice of Electronic Filing and/or the attached Certificate of Service)

YOU ARE NOTIFIED THAT the Motion to Quash Subpoena filed by Non-Parties BINARIES.NET, INC., NEWSFEEDS.COM, INC. NUTHINBUTNEWS.COM, INC., and PRONEWS.COM, INC. has been scheduled for a hearing on October 9, 2008 at 2:30 p.m. Please report to Courtroom #6, on the 17th floor at 450 Golden Gate Avenue, San Francisco, California.

Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated: August 29, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

By: *Cora Klein*

Courtroom Deputy Clerk to Judge Vaughn R Walker

email: cora_delfin-klein@cand.uscourts.gov