JONATHAN A. PATCHEN (SBN 237346)
TAYLOR & COMPANY LAW
OFFICES LLP
One Ferry Building, Suite 355
San Francisco, CA 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
jpatchen@tcolaw.com

CHARLES S. BAKER (*Pro Hac Vice pending*)
PORTER & HEDGES, L.L.P.
1000 Main Street, 36th Floor
Houston, Texas 77002-6336
Telephone: (713) 226-6000
Facsimile: (713) 226-6276
cbaker@porterhedges.com

*Attorney for Non-Parties Binaries.net, Inc, Newsfeeds.com, Inc., NuthinButNews.com, Inc., Newsgroups.com, Inc., and ProNews.com, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITAL RECORDS, INC.; CAROLINE RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP, INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MAVERICK RECORDING COMPANY; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; AND ZOMBA RECORDING LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>USENET.COM, INC.,<br><br>Defendant. | No. C 08-80159 (MISC) VRW<br><br>Civil Action No. 07-CIV-8822(HB) (S.D.N.Y.)<br><br>**PROOF OF SERVICE RE HEARING ON MOTION OF NON-PARTIES BINARIES.NET, INC., NEWFEEDS.COM, INC., NUTHINBUTNEWS.COM, INC., NEWSGROUPS.COM, INC. AND PRONEWS.COM, INC.'S TO QUASH SUBPOENA.**<br><br>DATE: October 9, 2008<br>TIME: 2:30 PM<br>CTRM: No. 6 |

1413694v1

- 1 -

STATE OF TEXAS,

COUNTY OF HARRIS

I am employed in the City of Houston, County of Harris, State of Texas. I am over the age of 18 years and not a party to the within action. My business address is 1000 Main Street, 36th Floor, Houston, Texas. On August 29, 2008, I served the documents named below on the parties in this action as follows:

DOCUMENT(S) SERVED:

> CLERK'S NOTICE RE HEARING ON MOTION OF NON-PARTIES BINARIES.NET, INC., NEWFEEDS.COM, INC., NUTHINBUTNEWS.COM, INC., NEWSGROUPS.COM, INC. AND PRONEWS.COM, INC.'S TO QUASH SUBPOENA

SERVED UPON:        **SEE ATTACHED SERVICE LIST**

☐ (BY COURT ECF NOTIFICATION) I electronically filed with the Court's CM/ECF filing system.

☒ (BY ELECTRONIC MAIL) I served the above-mentioned document electronically on the parties listed at the email addresses listed on the attached Service List and, to the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.

☐ (BY PERSONAL SERVICE) I delivered to an authorized courier to receive documents to be delivered on the same date. A proof of service signed by the authorized courier will be filed with the court upon request.

☐ (BY FEDERAL EXPRESS) I am readily familiar with the practice of Porter & Hedges, L.L.P. for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

☐ (BY FACSIMILE) The above-referenced document was transmitted by facsimile transmission and the transmission was reported as complete and without error. I caused the transmitting facsimile machine to issue properly a transmission report, a copy of which is attached to this Declaration.

1413694v1

- 2 -

I declare under penalty of perjury under the laws of the United States and the State of Texas that the above is true and correct.

Executed on August 29, 2008, at Houston, Texas.

_____
Judy Nyegaard

## SERVICE LIST

| | |
|---|---|
| Steven B. Fabrizio<br>Luke C. Platzer<br>Jenner & Block LLP<br>1099 New York Avenue, NW, Ste. 900<br>Washington, DC  20001-4412<br>Telephone:  202.639.6000<br>Facsimile:  202.639.6066<br>Email:  sfabrizio@jenner.com<br>          lplatzer@jenner.com | Kenneth L. Doroshow<br>Karyn A. Temple<br>Recording Industry Association of America<br>1025 F Street, NW, 10th Floor<br>Washington, DC 20004<br>Telephone:  (202) 775-0101<br>Facsimile:  (202) 775-7253<br>Email:  KDoroshow@RIAA.Com |

Gianni P. Servodidio
Jenner & Block LLP
919 Third Avenue, 37th Floor
New York, NY  10022
Telephone:  212.891.1620
Facsimile:  212.891.1699
Email:  gps@jenner.com

1413694v1