STEPHEN E. TAYLOR (SBN 58452)
JONATHAN A. PATCHEN (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: staylor@tcolaw.com
E-mail: jpatchen@tcolaw.com

CHARLES S. BAKER (*Pro Hac Vice pending*)
PORTER & HEDGES, LLP
1000 Main Street, 36th Floor
Houston, Texas 77002-6336
Telephone: (713) 226-6000
Facsimile: (713) 226-6276
E-mail: cbaker@porterhedges.com

Attorneys for Non-Parties
BINARIES.NET, INC., NEWSFEEDS.COM,
INC., NUTHINBUTNEWS.COM, INC.,
NEWSGROUPS.COM, INC. and
PRONEWS.COM, INC.

**FILED**

SEP 03 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISTA RECORDS LLC, ATLANTIC RECORDING CORPORATION, BMG MUSIC, CAPITAL RECORDS, INC., CAROLINE RECORDS, INC., ELEKTRA ENTERTAINMENT GROUP, INC., INTERSCOPE RECORDS, LAFACE RECORDS LLC, MAVERICK RECORDING COMPANY, SONY BMG MUSIC ENTERTAINMENT, UMG RECORDINGS, INC., VIRGIN RECORDS AMERICA, INC., WARNER BROS. RECORDS, INC., AND ZOMBA RECORDING LLC,<br><br>Plaintiffs,<br><br>v.<br><br>USENET.COM, INC.,<br><br>Defendant. | Case No.: CV-08-80159 MISC<br><br>Civil Action No.: 07-CIV-8822 (HB) (S.D.N.Y.)<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>Honorable Vaughn R. Walker |

1      Charles S. Baker, an active member in good standing for the bar of the United States District Court for the Southern District of Texas, whose business address and telephone number is Porter & Hedges, LLP, 515 Rusk, Houston, Texas 77002, (713) 250-5150, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing non-parties Binaries.net, Inc., Newsfeeds.com, Inc., NuthinButNews.com, Inc., Newsgroups.com, Inc. and ProNews.com, Inc.;

    IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: 8/29/2008

    HONORABLE VAUGHN R. WALKER
UNITED STATES DISTRICT COURT JUDGE

TAYLOR & CO.
LAW OFFICES, LLP

1.
[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*: CASE NO. 07-CIV-8822 (HB)